IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40391
Summary Calendar
_____


THEODORE ROSKOWSKE,

                              Plaintiff-Appellant,

versus

TERRY BOX, Sheriff, and
RANDALL NORTON, Deputy,

                              Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:95-CV-8
- - - - - - - - - - -
July 15, 1997
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Theodore Roskowske (Texas prisoner # 661977) appeals the

district court's dismissal of his suit.  He contends that the

district court abused its discretion by dismissing the case for

failure to prosecute and by refusing to appoint counsel to

prosecute Roskowske's civil-rights suit.  We have reviewed the

record and the briefs and we AFFIRM for essentially the same

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

reasons stated and adopted by the district court.  *Roskowske v. Norton*, No. 4:95-CV-8 (E.D. Tex. March 27, 1996).

AFFIRMED.